UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARKELETA WILSON, et al.,

        Plaintiff(s),

    v.

SEATTLE HOUSING AUTHORITY, et al.,

        Defendant(s).

NO. C09-226MJP

ORDER ON MOTION SCHEDULE
AND SUPPLEMENTAL JOINT
STATUS REPORT

The above-entitled Court, having received and reviewed the parties' Joint Status Report and Discovery Plan (Dkt. No. 9), makes the following ruling:

IT IS ORDERED that, if Defendants file a motion to add the United States Department of Housing and Urban Development ("HUD") as a necessary party, they must do so by no later than May 22, 2009.

IT IS FURTHER ORDERED that, in advance of the parties filing cross-motions for summary judgment, a stipulated set of facts regarding Defendant Seattle Housing Authority's policies and procedures be filed.

IT IS FURTHER ORDERED that, if the parties intend to file cross-motions for summary judgment:

    a.      that the motions be filed by no later than August 1, 2009; and

    b.      that the briefing consist of <u>four</u> pleadings, comprised of moving papers (filed

            simultaneously) and responses by both sides (no document may exceed 24 pages in

            length).

IT IS FURTHER ORDERED that the parties shall submit a Supplemental Joint Status Report following the Court's ruling on the cross-motions for summary judgment.

**ORDER ON
MTN SCHED - 1**

Should the Court grant the motion to add HUD as a necessary party, the Court will entertain a motion to extend the summary judgment deadline; this motion must be filed no later than 10 days following the order adding HUD as a party and must clearly state the reasons why a further extension of the summary judgment deadline is necessary.

The clerk is directed to provide copies of this order to all counsel of record.

Dated:  May _12_, 2009

Marsha J. Pechman
U.S. District Judge