THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARKELETTA WILSON, MARIE TOWNES, and all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>SEATTLE HOUSING AUTHORITY, and THOMAS TIERNEY, Executive Director of the Seattle Housing Authority, in his Official Capacity,<br><br>Defendants. | NO. 09-CV-00226-MJP<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF PENDING MOTIONS<br><br>Note for Hearing: Wednesday, 8/19/2009 |

IT IS HEREBY STIPULATED AND AGREED by and between the plaintiffs and defendants in the above-referenced action that the pending cross-motions for partial summary judgment and pending motion for class certification be continued to a date to be established following the appearance of the Department of Housing and Urban Development as a defendant in this matter. The bases for this motion are as follows:

STIPULATION AND ORDER FOR
CONTINUANCE OF PENDING MOTIONS
(09-CV-00226-MJP)- 1

1. By Order dated August 10, 2009 (Sub #26), the Court granted defendants' motion to add the Department of Housing and Urban Development ("HUD") as an indispensable party. By separate Order that same date (Sub #27), the Court directed plaintiffs to amend their complaint and serve the parties by August 28, 2009.

2. In accordance with the Court's Order on Motion Schedule, original and as amended, (Sub #10 and #16), the parties filed their cross-motions for partial summary judgment on August 6, 2009, noting same for consideration on August 28, 2009. Plaintiffs also filed their motion for class certification on August 6, 2009, noting it for consideration on August 28, 2009.

3. Pursuant to Fed.R.Civ.P. 12(a)(2), HUD need not answer, once served, for sixty (60) days.

4. The parties believe HUD, as an entity found by the Court to be a required party, should have the opportunity to be heard on the issues currently before the Court on the pending cross-motions for partial summary judgment and the pending motion for class certification.

DATED THIS 19th day of August, 2009.

| | |
|---|---|
| s/ Merf Ehman | s/ Scott M. Barbara |
| MERF EHMAN, WSBA# 29231 | SCOTT M. BARBARA, WSBA# 20885 |
| NICHOLAS B. STRALEY, WSBA# 25963 | JOHNSON ANDREWS & SKINNER, P.S. |
| Columbia Legal Services | 200 West Thomas, Suite 500 |
| 101 Yesler Way, Ste 300 | Seattle, WA 98119 |
| Seattle, WA 98104 | Telephone: (206) 223-9248 |
| Phone: 206-464-5933 | Fax: (206) 623-9050 |
| Fax: 206-382-3386 | Email: scott.barbara@johnsonandrews.com |
| Email: merf.ehman@columbialegal.org | Attorneys for Defendants |
| nick.straley@columbialegal.org | |
| Attorneys for Plaintiffs | |

**O R D E R**

STIPULATION AND ORDER FOR
CONTINUANCE OF PENDING MOTIONS
(09-CV-00226-MJP)- 2

Based upon the foregoing stipulation of the parties,

IT IS ORDERED as follows:

1. The cross-motions for partial summary judgment currently noted for consideration on Friday, August 28, 2009 are continued to a date to be determine after HUD appears and answers;

2. The parties need not file any response to the pending cross-motions for partial summary judgment until such time as a new hearing date is established;

3. The motion for class certification currently noted for consideration on Friday, August 28, 2009 is continued to a date to be determined after HUD appears and answers; and

4. The defendants need not file any response to the pending motion for class certification until such time as a new hearing date is established.

DONE THIS _21st___ day of August, 2009.

/s/ *James L. Robart* (for Marsha J. Pechman)
United States District Judge

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of August, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Merf Ehman
Nicholas B. Straley
Columbia Legal Services
101 Yesler Wy, Ste 300
Seattle, WA 98104-2528
Attorneys for Plaintiffs

James E. Fearn, Jr.
Donald S. Means
Office of the General Counsel
Seattle Housing Authority
120 6th Ave N
Seattle, WA 98109-1028
Attorneys for Defendants

s/ Scott M. Barbara
SCOTT M. BARBARA, WSBA# 20885
JOHNSON ANDREWS & SKINNER, P.S.
200 West Thomas, Suite 500
Seattle, WA 98119
Telephone: (206) 223-9248
Fax: (206) 623-9050
Email: scott.barbara@johnsonandrews.com
Attorneys for Defendants

STIPULATION AND ORDER FOR
CONTINUANCE OF PENDING MOTIONS
(09-CV-00226-MJP)- 4