# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

MARKELETA WILSON,

    Plaintiff(s),

v.

SEATTLE HOUSING AUTHORITY, et al.,

    Defendant(s).

NO. C0-MJP

ORDER ON MOTION TO EXTEND PAGE LIMIT

The above-entitled Court, having received and reviewed the Department of Housing and Urban Development's "Consent Motion and Order to Extend Page Limit" (Dkt. No. 40), and all attached declarations and exhibits, makes the following ruling:

IT IS ORDERED that the motion is DENIED.

The clerk is ordered to provide copies of this order to all counsel.

Dated: November 20, 2009

_____
Marsha J. Pechman
U.S. District Judge

ORD ON - 1