THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARKELETTA WILSON, MARIE TOWNES, and all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>SEATTLE HOUSING AUTHORITY, and THOMAS TIERNEY, Executive Director of the Seattle Housing Authority, in his Official Capacity, UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, and SHAUN DONOVAN, secretary for the United States Department of Housing and Urban Development, in his official capacity<br><br>Defendants. | NO. 09-CV-00226-MJP<br><br>ORDER ON AGREED MOTION RE: HUD DEFENDANTS' MOTION TO DISMISS<br><br><br>Note for Hearing: December 4, 2009 |

The above-entitled Court, having reviewed the parties' Agreed Motion to Stay Proceedings Related to HUD Defendants' Motion to Dismiss, makes the following ruling:

ORDER re: AGREED MOT. TO STAY HUD DEFS'
MOT. TO DISMISS (09-CV-00226-MJP) - 1

IT IS ORDERED THAT:

The HUD Defendants' Motion to Dismiss is re-noted to **February 19, 2010**, to allow time for all parties to either: (1) agree to permit discovery related to the Motion to Dismiss and set a proposed discovery schedule; or (2) create a proposed briefing schedule for the Court to decide whether discovery should be permitted on the Motion to Dismiss.

The clerk is directed to provide copies of this order to all counsel of record.

Dated: December 11, 2009

_____
Marsha J. Pechman
United States District Judge