UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Markeletta Wilson, | CASE NO. 2:09-cv-00226-MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| Seattle Housing Authority, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable Marsha J. Pechman, United States District Judge:

The Court is in receipt of Plaintiffs' Motion for Leave to File Multiple Summary Judgment Motions (Dkt. No. 127). It appears from the record that the motion was noted on the same day that it was set (February 2, 2011).

The Court will not rule on the motion without providing the other parties an opportunity to respond. If the parties wish to stipulate that Plaintiffs may file multiple summary judgment motions, the Court will consider the stipulated request. If the parties wish to oppose the motion, they may do so under the following briefing schedule:

MINUTE ORDER- 1

1     **Response Briefs Due**                 February 9, 2011

2     **Reply Brief Due**                   February 11, 2011

      The Court realizes that this is an abbreviated briefing schedule, but the issue is not a complex one and the deadline for dispositive motions is rapidly approaching.  The Court will rule on the motions as soon as possible, and it is possible that the ruling will not be made until shortly after the dispositive motions deadline.

      Should the ruling not issue by the final day for filing dispositive motions, the Court suggests the following procedure:

      Plaintiffs should be prepared to file their three summary judgment motions (none of which shall exceed 18 pages) by the deadline of February 14.  Should the Court rule against their motion, Plaintiffs should have already prepared a single, 24-page pleading which will be ordered filed on the day the ruling on this motion is posted to the court record.

      The clerk is ordered to provide copies of this order to all counsel.

      Filed this _4th_ day of February, 2011.

                                                    William M. McCool  
                                                    Clerk of Court

                                                    s/Mary Duett  
                                                   Deputy Clerk