# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MARKELETTA WILSON, | CASE NO. 2:09-CV-00226-MJP |
| Plaintiff, | ORDER ON MOTION FOR OVERLENGTH BRIEFS |
| v. | |
| SEATTLE HOUSING AUTHORITY, | |
| Defendant. | |

The Court has received and reviewed the Parties' Stipulation and Joint Motion for Overlength Opposition Briefs (Dkt. No. 174).

The motion is DENIED.

The clerk is ordered to provide copies of this order to all counsel.

Dated this _11th_ day of May, 2011.

Marsha J. Pechman
United States District Judge

ORDER ON MOTION FOR OVERLENGTH BRIEFS- 1