# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MARKELETTA WILSON, | CASE NO. 2:09-CV-00226-MJP |
| Plaintiff, | ORDER ON MOTION TO REVISE CASE SCHEDULE |
| v. | |
| SEATTLE HOUSING AUTHORITY, | |
| Defendant. | |

The Court, having received and reviewed the Paties' Stipulation and Joint Motion for Stay of Proceedings (Dkt. No. 207), makes the following findings:

The motion contains insufficient facts to establish good cause for a stay of the trial schedule and deadlines. The Court does not consider negotiations to be good cause for the stay of a trial date and believes that the parties have sufficient time between now and the trial date to conclude their settlement negotiations.

Therefore, IT IS ORDERED that the request to stay the trial schedule and deadlines and remove this matter from the Court's October 24 trial calendar is DENIED.

1   The clerk is ordered to provide copies of this order to all counsel.

2   Dated this _4th_ day of August, 2011.

Marsha J. Pechman
United States District Judge

ORDER ON MOTION TO REVISE CASE
SCHEDULE- 2